IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:26-CR-5 |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | BILL OF INFORMATION AND |
| (1) KIEM THANH HUYNH | ) | SUMMONS |
| (2) MY NGOC TRUONG | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and offers this Affidavit in support of the Bill of Information filed in this case.

The undersigned hereby certifies that the facts set forth in the Factual Basis filed in this case (Docs. #2 and #4) are true and accurate, and that they establish probable cause to believe that each defendant committed the offenses in the Bill of Information. The United States incorporates each filed Factual Basis into this Affidavit by reference.

Pursuant to Fed. R. Crim. P. 9(a), the United States requests that the Court issue a summons for the appearance of each of the above-named defendants to face the charges in the Bill of Information.

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott, Kansas Bar no. 25490
Assistant United States Attorney
U.S. Attorney's Office
100 Otis St., Suite 233
Asheville, NC 28801